UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No. 8:25-cv-02048-KES                                                          Date: November 19, 2025

Title: LUMINAIRE, LLC v. LUGANO DIAMONDS AND JEWELRY, INC.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    Order Staying Case Due to Bankruptcy

Luminaire, LLC brings this case against Lugano Diamonds & Jewelry, Inc. ("Lugano"). (Dkt. 1.) On November 18, 2025, Lugano filed a Notice of Pendency of Bankruptcy Case stating that, on November 16, 2023, Lugano "and certain of its affiliates … each commenced a voluntary case … under chapter 11 of title 11 of the United States Code … in the United States Bankruptcy Court for the District of Delaware," which "are being jointly administered under Case No. 25-12055 (BLS)." (Dkt. 12 at 2.)   IT IS THEREFORE ORDERED that:

1. All further proceedings against Lugano in this action are **STAYED** pending resolution of Lugano's bankruptcy proceedings. See 11 U.S.C. § 362(a)(1) (stating the filing of a bankruptcy petition under this section operates as a stay of "the commencement or continuation . . . of a judicial . . . action or proceeding against the debtor"); In re Gruntz, 202 F.3d 1074, 1081-82 (9th Cir. 2000) (en banc) ("The automatic stay is self-executing" and "an injunction issuing from the authority of the bankruptcy court," such that "actions taken in violation of the automatic stay are void") (citations omitted).

2. Lugano shall file a status report every **120 days** regarding the status of the District of Delaware bankruptcy proceedings, with the first status report to be filed on or before **March 19, 2025**.

3. The Scheduling Conference set for January 27, 2026 (Dkt. 11) is **vacated**.

Initials of Deputy Clerk jd